IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE W. VULLINGS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC, et al. | : | NO. 15-2814 |

ORDER

AND NOW, this 9th day of July, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants Target Corporate Services, Inc. and TD Bank USA, N.A. for partial dismissal of the complaint (doc. # 13) is GRANTED;

(2) Count I is DISMISSED insofar as it pleads liability against defendants Target Corporate Services, Inc. and TD Bank USA, N.A. based on the conduct described in paragraphs 35(a)-(b) and 35(d)-(i) of the Complaint;

(3) Counts II, IV, and V are DISMISSED insofar as they plead liability against defendants Target Corporate Services, Inc. and TD Bank USA, N.A.; and

(4) Count III is DISMISSED in its entirety.

BY THE COURT:

/s/ Harvey Bartle III
J.