```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MICHELLE W. VULLINGS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC, et al. | : | NO. 15-2814 |

## ORDER

AND NOW, this 16th day of December, 2015, it is hereby ORDERED that:

(1)  The motion of defendants Target Corporate Services, Inc. and TD Bank USA, N.A. for a protective order (doc. # 45) is GRANTED; and

(2)  Defendants Target Corporate Services, Inc. and TD Bank USA, N.A. shall not be required to serve responses to the discovery requests served on them by plaintiff on November 12, 2015.

                                            BY THE COURT:

                                            /s/ Harvey Bartle III
                                                                        J.